No. 97–8897.  FARABAUGH v. MARKOVITZ.  C. A. 3d Cir.  Certiorari denied.

No. 97–8898.  CURRY v. OHIO.  Ct. App. Ohio, Scioto County. Certiorari denied.

No. 97–8901.  SCOTT v. DORSEY, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 97–8902.  REED v. CHAMPION, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 97–8903.  STANFIELD v. OSBORNE INDUSTRIES, INC., ET AL. Sup. Ct. Kan.  Certiorari denied.

No. 97–8910.  MENDEZ, AKA QUINTANILLA v. TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS.  C. A. 9th Cir. Certiorari denied.

No. 97–8913.  SAYLOR v. INDIANA.  Sup. Ct. Ind.  Certiorari denied.

No. 97–8914.  RAHMAN v. HUBBARD ET AL.  C. A. 5th Cir. Certiorari denied.

No. 97–8918.  BALDWIN v. LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 97–8919.  AVILA v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 97–8925.  MCGUIRE v. OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 97–8927.  STEPHENS v. NORTH CAROLINA.  Sup. Ct. N. C. Certiorari denied.

No. 97–8934.  BROWN v. WHITE, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 97–8937.  CLAY v. STEGALL, WARDEN.  C. A. 6th Cir. Certiorari denied.